**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4          ,                                              No. C          MEJ
5                    Plaintiff,                   CONSENT TO ASSIGNMENT OR
                                                  REQUEST FOR REASSIGNMENT.
6        vs.
7          ,
8                    Defendant.
                                            /
9
10           CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
11           In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby
12    consents to have United States Magistrate Judge conduct any and all further proceedings in the case,
13    including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed
14    before a United States District Judge.
15
16    Dated:_____        _____
                                           Signature
17
                                           Counsel for _____
18
19
20
      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL
21
      AND DISPOSITION
22
             The undersigned party hereby declines to consent to the assignment of this case to a United
23
      States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
24
      a United States District Judge.
25
26
      Dated:_____        _____
27                                         Signature
28                                         Counsel for _____