CAROLEE G. KILDUFF, ESQ., SBN 107232           (SPACE BELOW FOR FILING STAMP ONLY)
CORI R. SARNO, ESQ., SBN 230559
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants,
SOLANO COUNTY, CHRISTINA ARROSTUTO
and MICHELE HARRIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN McLAUGHLIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>SOLANO COUNTY, CHRISTINA LINVILLE aka CHRISTINA ARAGUSTO, MICHELE HARRIS and DOES 1 through 5, inclusive,<br><br>          Defendants. | Case No.: C 07-04359-MEJ<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE OR TO TRANSFER TO THE EASTERN DISTRICT**<br><br>DATE:  NOVEMBER 29, 2007<br>TIME:   10:00 A.M.<br>ROOM:  B<br><br>THE HONORABLE MARIA-ELENA JAMES |

PLEASE TAKE NOTICE that on November 29, 2007, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom B of the above entitled Court, Defendants SOLANO COUNTY, CHRISTINA ARROSTUTO (erroneously sued as CHRISTINA ARAGUSTO and previously known as CHRISTINA LINVILLE) and MICHELE HARRIS will, and hereby do, move for an order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) or, in the alternative, for an order transferring venue to the United States District Court for the Eastern District of California. The motion will be made upon the grounds that Plaintiff's complaint was filed improperly in the United States District Court for the Northern District of

1  California since venue for matters arising in Solano County is in the Eastern District.

3  Dated: October 12, 2007            ANGELO, KILDAY & KILDUFF

*/s/ Carolee G. Kilduff*
By:_____
  CAROLEE G. KILDUFF
  CORI R. SARNO
  Attorneys for Defendants,
  SOLANO COUNTY, CHRISTINE
  ARROSTUTO and MICHELE HARRIS

I:\CGK\McLAUGHLIN\PLDGS:NoticePsAs.MotDismiss