CAROLEE G. KILDUFF, ESQ., SBN 107232     (SPACE BELOW FOR FILING STAMP ONLY)
CORI R. SARNO, ESQ., SBN 230559
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants,
SOLANO COUNTY, CHRISTINA ARROSTUTO
and MICHELE HARRIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN McLAUGHLIN, | Case No.: C 07-04359-MEJ |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE OR TO TRANSFER TO THE EASTERN DISTRICT** |
| vs. | |
| SOLANO COUNTY, CHRISTINA LINVILLE aka CHRISTINA ARAGUSTO, MICHELE HARRIS and DOES 1 through 5, inclusive, | **DATE:   NOVEMBER 29, 2007**<br>**TIME:    10:00 A.M.** |
| Defendants. | **ROOM:  B** |
| | **THE HONORABLE MARIA-ELENA JAMES** |

Defendants SOLANO COUNTY, CHRISTINA ARROSTUTO and MICHELE HARRIS' motion for an order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) or, in the alternative, for an order transferring venue to the United States District Court for the Eastern District of California, came on regularly for hearing before this Court on November 29, 2007, at 10:00 a.m. in Courtroom B of the above entitled Court.

IT IS ORDERED this matter be dismissed since venue for matters arising in Solano County is in the Eastern District.

DATED:_____                    _____
                                         Judge of the United States District Court
                                         Northern District of California

---
-1-
[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE OR TO TRANSFER TO THE EASTERN DISTRICT