1 | CAROLEE G. KILDUFF, ESQ., SB No. 107232     (SPACE BELOW FOR FILING STAMP ONLY)
2 | CORI R. SARNO, ESQ., SB No. 230559
**ANGELO, KILDAY & KILDUFF**
3 | Attorneys at Law
601 University Avenue, Suite 150
4 | Sacramento, CA  95825
Telephone:  (916) 564-6100
5 | Telecopier:  (916) 564-6263

6 | Attorneys for Defendants,
7 | SOLANO COUNTY, CHRISTINA ARROSTUTO
and MICHELE HARRIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KATHLEEN McLAUGHLIN, | ) Case No.: C 07-04359-MEJ |
|---|---|
| Plaintiff, | ) **STIPULATION AND REQUEST FOR** |
| vs. | ) **ORDER TRANSFERRING VENUE TO** |
| | ) **EASTERN DISTRICT; [PROPOSED** |
| SOLANO COUNTY, CHRISTINA LINVILLE | ) **ORDER]** |
| aka CHRISTINA ARAGUSTO, MICHELE HARRIS and DOES 1 through 5, inclusive, | ) |
| Defendants. | ) |

WHEREAS the instant lawsuit, arising out of Plaintiff's former employment with the County of Solano, was erroneously filed in the United States District Court for the Northern District of California;

WHEREAS on October 12, 2007, Defendants filed a Motion to Dismiss for Improper Venue or To Transfer Venue To the Eastern District where venue is proper;

WHEREAS Plaintiff agrees that venue in the Northern District is improper and agrees the action should be transferred to the United States District Court for the Eastern District of California;

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE:

1.    The instant lawsuit was erroneously filed in the United States District Court for the Northern District of California;

2.    The action should be transferred to the United States District Court for the Eastern District of California where venue is proper;

3.    Defendants will have 20 days to file a responsive pleading after receiving notice of receipt of the file by the Eastern District.

Dated: November 14, 2007        ANGELO, KILDAY & KILDUFF

*/s/ Carolee G. Kilduff*
By:_____
   CAROLEE G. KILDUFF
   CORI R. SARNO
   Attorneys for Defendants,
   SOLANO COUNTY, CHRISTINE
   ARROSTUTO and MICHELE HARRIS

Dated: November 14, 2007

LAW OFFICE OF STEPHAN C. WILLIAMS

*/s/ Stephan C. Williams*
By:_____
   STEPHAN C. WILLIAMS
   Attorney for Plaintiff
   KATHLEEN McLAUGHLIN

**PURSUANT TO STIPULATION, IT SO ORDERED.**

Date: _____        _____
                                            JUDGE OF THE U.S. DISTRICT COURT
                                            NORTHERN DISTRICT