1  CAROLEE G. KILDUFF, ESQ., SB No. 107232   (SPACE BELOW FOR FILING STAMP ONLY)
   CORI R. SARNO, ESQ., SB No. 230559
2  **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
   Attorneys for Defendants,
7  SOLANO COUNTY, CHRISTINA ARROSTUTO
   and MICHELE HARRIS
8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | KATHLEEN McLAUGHLIN, | ) | Case No.: C 07-04359-MEJ |
   | --- | --- | --- |
13 |  | ) |  |
   | Plaintiff, | ) | **STIPULATION AND REQUEST FOR** |
14 | vs. | ) | **ORDER TRANSFERRING VENUE TO** |
   |  | ) | **EASTERN DISTRICT; [PROPOSED** |
15 | SOLANO COUNTY, CHRISTINA LINVILLE | ) | **ORDER]** |
   | aka CHRISTINA ARAGUSTO, MICHELE | ) |  |
16 | HARRIS and DOES 1 through 5, inclusive, | ) |  |
17 |  | ) |  |
   | Defendants. | ) |  |
18 |  | ) |  |

19      WHEREAS the instant lawsuit, arising out of Plaintiff's former employment with the
20 County of Solano, was erroneously filed in the United States District Court for the Northern
21 District of California;
22      WHEREAS on October 12, 2007, Defendants filed a Motion to Dismiss for Improper
23 Venue or To Transfer Venue To the Eastern District where venue is proper;
24      WHEREAS Plaintiff agrees that venue in the Northern District is improper and agrees the
25 action should be transferred to the United States District Court for the Eastern District of
26 California;
27      THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL,
28 HEREBY STIPULATE:

-1-

STIPULATION AND REQUEST FOR ORDER TRANSFERRING VENUE TO EASTERN DISTRICT;
[PROPOSED ORDER]

1.    The instant lawsuit was erroneously filed in the United States District Court for the Northern District of California;

2.    The action should be transferred to the United States District Court for the Eastern District of California where venue is proper;

3.    Defendants will have 20 days to file a responsive pleading after receiving notice of receipt of the file by the Eastern District.

Dated: November 14, 2007

ANGELO, KILDAY & KILDUFF

   */s/ Carolee G. Kilduff*
By:_____
   CAROLEE G. KILDUFF
   CORI R. SARNO
   Attorneys for Defendants,
   SOLANO COUNTY, CHRISTINE
   ARROSTUTO and MICHELE HARRIS

Dated: November 14, 2007

LAW OFFICE OF STEPHAN C. WILLIAMS

   */s/ Stephan C. Williams*
By:_____
   STEPHAN C. WILLIAMS
   Attorney for Plaintiff
   KATHLEEN McLAUGHLIN

**PURSUANT TO STIPULATION, IT SO ORDERED.**

Date: November 15, 2007

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; IT IS SO ORDERED; Judge Maria-Elena James]*