**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                          415.522.2000

November 16, 2007

United States District Court
Eastern District of California
Office of the Clerk
501 "I" Street, Room 4-200
Sacramento, CA 95814

RE: CV 07-04359 MEJ  KATHLELEN MCLAUGHLIN-v-SOLANO COUNTY

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        ☒    Certified copy of docket entries.

        ☒    Certified copy of Transferral Order.

        ☐    Original case file documents.

        ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                Sincerely,
                RICHARD W. WIEKING, Clerk


                by:  <u>Gloria Acevedo</u>
                Case Systems Administrator
                To The Honorable Maria-Elena James

Enclosures
Copies to counsel of record

November 16, 2007

> **These instructions are for internal court use only.**
> **Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.